```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
```

PIONEER CONTRACTING CO., INC.   *

       Plaintiff           *

       vs.                 *   CIVIL ACTION NO. MJG-11-2244

MIDASCO, LLC, et al.            *

       Defendants          *

\*    \*    \*    \*    \*    \*    \*    \*    \*

## SCHEDULING ORDER

In accordance with the proceedings held in this matter on this date:

1. By separate Order, the Court shall refer this case to a Magistrate Judge for confidential settlement proceedings.

2. All fact discovery shall be completed by June 1.[1]

3. By July 1, any request to amend the pleadings shall be filed.

4. By July 15, Plaintiff shall:

    a) Provide the identity of all expert witnesses.

    b) Provide Rule 26(a)(2) information.

    c) Provide dates on which each expert is available for deposition so that depositions can be taken.

---

[1] All date references are to the year 2012 unless otherwise indicated.

5.  By September 1, Defendants shall:

    a)  Provide the identity of all expert witnesses.

    b)  Provide Rule 26(a)(2) information.

    c)  Provide dates on which each expert is available for deposition so that depositions can be taken.

6.  By October 30, any pretrial motions, including summary judgment motions, shall be filed.

7.  If no timely summary judgment motion is filed, Plaintiff shall arrange a telephone conference to be held by November 15 regarding further scheduling herein.


SO ORDERED, on Tuesday, October 11, 2011.


```
                              _____/s/_____
                                Marvin J. Garbis
                             United States District Judge
```